**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

United States of America,

Plaintiff, 1:23-cv-756 (MJK)

v.

Funds Seized from Anthony Zaremski,
*formerly known as*
$77,400.00 in U.S. Currency,

Defendant.

United States of America,

Plaintiff, 1:23-cv-1562 (MJK)

v.

$93,530.59 in U.S. Currency, and
Assorted Jewelry, VL: $33,000.00,

Defendants.

**FINAL ORDER OF FORFEITURE**

Upon consideration of the United States' Motion for Default Judgment and Final Order of Forfeiture made pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and General Order #15 of this Court, it is hereby

ORDERED that the Motion (Dkt. 54 in lead case 1:23-cv-00756) is hereby GRANTED, and it is further

ORDERED that Judgment of Default be entered against $77,400.00 in U.S. Currency (1:23-cv-00756), $93,530.59 in U.S.

Currency (1:23-cv-01562), and Assorted Jewelry, VL $33,000.00 (1:23-cv-01562), and it is further

ORDERED that the $77,400.00 in U.S. Currency (1:23-cv-00756), $93,530.59 in U.S. Currency (1:23-cv-01562), and Assorted Jewelry, VL $33,000.00 (1:23-cv-01562), is hereby forfeited to the United States, and it is further

ORDERED that any claims to the Defendant Properties are hereby forever barred.

Date: Oct. 27, 2026.

Mitchell J Katz

Digitally signed by Mitchell J Katz
Date: 2026.10.27 11:14:44 -04'00'

Hon. Mitchell J. Katz
U.S. Magistrate Judge